No. —. UNITED STATES *v.* TERRELL. November 9, 1942. The motion by defendant to set aside judgment is denied.

No. —. EX PARTE JAMES RULONG. November 9, 1942. The application for appeal is denied.

No. —. IN THE MATTER OF JOE TENNER. November 9, 1942. The orders of stay entered herein October 27, 1941, December 8, 1941, December 15, 1941, and December 22, 1941, are vacated.

No. 250. CARLOTA BENITEZ DE SEIX ET AL. *v.* ROS MARIA ANCIANI ET AL. November 9, 1942. The "Petition to the Court" filed herein September 9, 1942, is denied without prejudice to an application to the District Court. *Carlota Benitez de Seix* and *J. Octavio Seix, pro se.*

No. 134. BECKMAN ET AL. *v.* MALL ET AL. November 16, 1942. *Per Curiam:* The decree is affirmed on the authority of *Wickard* v. *Filburn, ante,* p. 111, without consideration of the grounds relied upon by the court below for dismissing the bill. *Mr. William Lemke* for appellants.

No. —, Original. EX PARTE FRED STEFFLER. November 16, 1942. The motion for leave to file petition for writ of mandamus is denied.

No. —, Original. EX PARTE EUGENE WEIL. November 16, 1942. The motion for leave to file petition for